# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-02613-SHL-atc |
| RACHEL LAKE and UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, | ) |
| Defendants. | ) |

**ORDER GRANTING PENNYMAC LOAN SERVICES, LLC'S MOTION TO ABATE PROCEEDINGS**

Plaintiff PennyMac Loan Services, LLC requests an abatement of these proceedings. (ECF No. 9.) PennyMac filed this foreclosure action after Defendant Rachel Lake defaulted on her loan, which was assigned to PennyMac and secured with real property located in Lauderdale County, Tennessee.[1] (See generally ECF No. 1.) After recent storms, the Federal Emergency Management Agency declared Lauderdale County a disaster area, and PennyMac placed a corresponding FEMA hold on the property. (ECF No. 9 at PageID 60.) The FEMA hold prevents PennyMac's lawsuit for judicial foreclosure from moving forward for at least 120 days. (Id.) Thus, PennyMac seeks a 120-day abatement of the proceedings to allow Lake "time to recover and to explore her loss mitigation options." (Id.)

PennyMac states that its request is not made to cause delay but instead "with genuine intent to aid the homeowner during a time of crisis." (Id. at PageID 61.) For good cause shown,

---

[1] The United States is a named Defendant because the Secretary of Housing and Development holds a subordinate lien interest on the property. (ECF No. 1 at ¶¶ 4, 15.)

PennyMac's motion is **GRANTED**. This matter is **ABATED** until **December 17, 2025**.

PennyMac is **DIRECTED** to file a status report on **December 17, 2025**, to provide the Court with an update on the status of the FEMA hold.

    **IT IS SO ORDERED** this 19th day of August, 2025.

                                          s/ Sheryl H. Lipman
                                          SHERYL H. LIPMAN
                                          CHIEF UNITED STATES DISTRICT JUDGE